# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Gottschall, Joan B. | 2. Court or Organization<br><br>U.S. District Court, NDIL | 3. Date of Report<br><br>5/10/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge--Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Room 2356
219 South Dearborn Street
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Visiting Committee to the Divinity School, University of Chicago |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/10/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/10/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Vanguard Wellington Fund Investor VWELX -*See Part VIII, No. 1 | | | | | | | | | |
| 2. | Vanguard Wellington Fund Investor VWELX (Wintrust IRA) | C | Dividend | M | T | | | | | |
| 3. | Vanguard Wellington Fund Investor VWELX - *See Part VIII, No. 2 | | | | | | | | | |
| 4. | Vanguard Wellington Fund VWELX - *See Part VIII, No. 2 | | | | | | | | | |
| 5. | Vanguard Wellington Fund VWENX | D | Dividend | M | T | Sold (part) | 12/18/20 | M | | |
| 6. | Vanguard Wellington Fund VWENX | D | Dividend | M | T | Sold (part) | 12/18/20 | M | | |
| 7. | Vanguard Wellesley Fund VWIAX | E | Dividend | O | T | | | | | |
| 8. | Vanguard Wellesley Income Fund VWINX | C | Int./Div. | M | T | Sold (part) | 12/10/20 | M | | |
| 9. | Vanguard Wellesley Fund VWIAX | C | Dividend | L | T | Sold (part) | 12/18/20 | L | | |
| 10. | Vanguard Index Trust VFIAX (*Class Change/Was VINIX in 2019) | E | Dividend | M | T | Sold (part) | 12/18/20 | M | | |
| 11. | Vanguard Index Trust VFIAX (*Class Change/Was VINIX in 2019) | D | Dividend | L | T | Sold (part) | 12/18/20 | L | | |
| 12. | Vanguard Prime Portfolio VMMXX | A | Interest | K | T | Sold (part) | 12/18/20 | K | | |
| 13. | Vanguard 500 Index Fund Admiral | A | Dividend | K | T | | | | | |
| 14. | Fed Empl Credit Union Accts | A | Interest | J | T | | | | | |
| 15. | IBM c/stock | B | Dividend | K | T | | | | | |
| 16. | Intel c/stock | A | Dividend | K | T | | | | | |
| 17. | Waste Management c/stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gottschall, Joan B.** | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. CVS Caremark c/stock | A | Dividend | K | T | | | | | |
| 19. Vanguard Capital Opp Fund VHCOX | D | Dividend | K | T | Sold (part) | 12/18/20 | K | | |
| 20. Dodge & Cox Fds Intl Stk Fd DODFX | A | Dividend | J | T | | | | | |
| 21. American Fund Capital Income Bldr CAIFX | D | Int./Div. | M | T | | | | | |
| 22. American Income Fund AMEFX | D | Dividend | M | T | | | | | |
| 23. American Balanced Fund AMBFX | D | Int./Div. | N | T | | | | | |
| 24. American Mut Fund AMRFX | B | Dividend | L | T | | | | | |
| 25. Capital World Growth Inc. Fund WGIFX | C | Int./Div. | M | T | | | | | |
| 26. Wintrust Fin. Corp. Accts (*See Part VIII, No. 3) | B | Interest | M | T | | | | | |
| 27. Nextera Energy C:65339K-10-0 | B | Interest | K | T | | | | | |
| 28. Lancaster Cnty PA C:514040-ZN-7 | B | Interest | | | Redeemed | 11/02/20 | K | | |
| 29. Philadelphia PA Wtr & Waste C:717893-M5-7 | A | Interest | | | Redeemed | 08/03/20 | K | | |
| 30. Washington St Var Purp C:93974C-SJ-0 | B | Interest | | | Redeemed | 08/03/20 | K | | |
| 31. Ohio St High Edl Fac C:67756D-KB-1 | A | Interest | | | Redeemed | 07/01/20 | J | | |
| 32. Allegheny Cnty PA C:01728V-TJ-9 | A | Interest | K | T | | | | | |
| 33. Clarendon Sc Hsp Dist C:18041C-BF-2 | A | Interest | J | T | | | | | |
| 34. LA St Univ Agric&Mech C:546540-HZ-1 | A | Interest | | | Redeemed | 07/01/20 | J | | |

1 Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Gottschall, Joan B.** | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Phoenix AZ Civic Impt C:71883M-HE-7 | A | Interest | | | Redeemed | 07/01/20 | J | | |
| 36. Indiana St Fin Auth Rev C:455057-7G-8 | A | Interest | J | T | | | | | |
| 37. Pennsylvania St TPK C:709224-TS-8 | A | Interest | | | Redeemed | 12/01/20 | J | | |
| 38. Washington St Var Purp C:93974C-WL-0 | A | Interest | J | T | | | | | |
| 39. Brewton AL PreRefunded C:107781-KY-1 | A | Interest | | | Redeemed | 12/01/20 | J | | |
| 40. Bucks Cnty PA W&S Auth C:118683-BP5 | A | Interest | | | Redeemed | 12/01/20 | J | | |
| 41. Phoenix AZ Civic Impt C:71883M-HE-7 | A | Interest | | | Redeemed | 07/01/20 | J | | |
| 42. Palm Bch Cnty FL Auth C:69650Q-AM-2 | A | Interest | | | Redeemed | 07/01/20 | J | | |
| 43. Orlando & Orange Cnty Expway C:686543-SN-0 | A | Interest | | | Redeemed | 07/01/20 | J | | |
| 44. West Ottawa MI Pub S/D C:955023-SL-1 | A | Interest | J | T | | | | | |
| 45. JEA FL Wtr & Swr Sys Rev C:46613P-5K-8 | A | Interest | | | Redeemed | 04/01/20 | J | | |
| 46. Howard Cnty MD C:44256P-FG-3 | A | Interest | J | T | | | | | |
| 47. Pennsylvania St TPK C:709224-F3-8 | A | Interest | J | T | | | | | |
| 48. JEA FL Elec Sys Rev Sub C:46613S-BU-3 | A | Interest | | | Redeemed | 10/01/20 | K | | |
| 49. Pennsylvania St TPK C:709224-XX-2 | A | Interest | | | Redeemed | 12/01/20 | J | | |
| 50. Pennsylvania St TPK C:709223-D5-7 | A | Interest | | | Redeemed | 12/01/20 | J | | |
| 51. North TX Twy Auth Rev C:66285W-JD-9 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Orlando & Orange Cnty Expway C:686543-SN-0 | A | Interest | | | Redeemed | 07/01/20 | J | | |
| 53. Allegheny Cnty PA Ser C:01728V-LG-3 | A | Interest | J | T | | | | | |
| 54. Butler Cnty OH Hsp Facs C:123550-GZ-2 | A | Interest | | | Redeemed | 11/02/20 | J | | |
| 55. Indiana St Hsg & Cmnty DV C:45506C-AC-1 | A | Interest | J | T | | | | | |
| 56. Pennsylvania St TPK C:709223-A7-6 | B | Interest | | | Redeemed | 12/01/20 | K | | |
| 57. Virginia St Res Auth C:92818L-VH-2 | A | Interest | | | Redeemed | 11/02/20 | J | | |
| 58. Washington St Var Purp Srv C:93974C-WU-0 | A | Interest | K | T | | | | | |
| 59. Pennsylvania St Fin Auth C:70915C-LZ-1 | A | Interest | J | T | | | | | |
| 60. Pennsylvania St Fin Auth C:70915C-LY-4 | A | Interest | J | T | | | | | |
| 61. Hopkins Cnty KY Sch Dist C:439767-TC-8 | A | Interest | J | T | | | | | |
| 62. Pennsylvania St Tpk C:709223-G3-9 | A | Interest | | | Redeemed | 12/01/20 | J | | |
| 63. Sheboygan WI Area Sch Dist C:821023-ML-9 | A | Interest | K | T | | | | | |
| 64. Scranton PA Swr Auth C:810844-CE-8 | A | Interest | K | T | | | | | |
| 65. Thomasville GA Hsp C:884633-AT-5 | B | Interest | | | Redeemed | 11/02/20 | K | | |
| 66. Lake Travis TX Indept Sch C:511074-ST-4 | A | Interest | J | T | | | | | |
| 67. Kentucky St TPK Auth Econ C:491552-XD-2 | A | Interest | J | T | | | | | |
| 68. North TX Twy Auth Rev C:66285W-FW-1 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | JEA FL Elec Sys Rev C:46613S-EX-4 | A | Interest | J | T | Buy (add'l) | 04/27/20 | J | | |
| 70. | New York NY City C:64972H-M9-0 | A | Interest | J | T | | | | | |
| 71. | Lackawanna Cnty PA C:505480-Q3-0 | A | Interest | | | Redeemed | 09/01/20 | J | | |
| 72. | Philadelphia PA RFDG C:717813-MZ-9 | A | Interest | | | Redeemed | 08/03/20 | K | | |
| 73. | Alaska St HSG Fin Corp C:011839-PQ-4 | B | Interest | K | T | | | | | |
| 74. | Miami Bch FL Stormwater C:59324P-CH-0 | A | Interest | J | T | | | | | |
| 75. | Spokane Cnty WA Sch Dist C:848712-PF-6 | A | Interest | J | T | | | | | |
| 76. | Viridian Mun Mgmt Dist C:92823P-AB-2 | A | Interest | J | T | | | | | |
| 77. | West Travis Cnty TX Pub Util C:95632C-BE-8 | A | Interest | J | T | | | | | |
| 78. | Kentucky St TPK Auth Econ C:491552-YV-1 | A | Interest | J | T | | | | | |
| 79. | Orlando FL Cap Impt Spl C:68641H-HV-9 | A | Interest | | | Redeemed | 10/01/20 | J | | |
| 80. | Woodbridge Twp NJ Rfdg Swr C:978862-N6-3 | A | Interest | J | T | | | | | |
| 81. | Cumberland Cnty NC Ltd. C:230593-AU-9 | A | Interest | J | T | | | | | |
| 82. | Mississippi St Univ Edl Bldg C:605699-LA-3 | A | Interest | J | T | | | | | |
| 83. | New York NY City Transnl C:64971W-3C-2 | A | Interest | J | T | | | | | |
| 84. | Howard Cnty MD Rfdg Bds C:44256P-NW-9 | A | Interest | K | T | | | | | |
| 85. | Manatee Cnty FL Sch Brd C:56185N-FF-0 | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gottschall, Joan B.** | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | Mississippi St Univ Edl Bldg C:605699-KY-2 | A | Interest | J | T | | | | | |
| 87. | Austin TX Wtr & Wastewater Sys C:052476-6F-0 | A | Interest | J | T | | | | | |
| 88. | Blackhawk PA Sch Dist C:092903-GK-3 | A | Interest | J | T | | | | | |
| 89. | Hempfield PA Area Sch Dist C:423725-NG-1 | A | Interest | K | T | | | | | |
| 90. | Pennsylvania St TPK C:709224-TP-4 | A | Interest | | | Redeemed | 12/01/20 | J | | |
| 91. | North TX Twy Auth Rev C:66285W-FX-9 | A | Interest | J | T | | | | | |
| 92. | Osceola WI Sch Dist Go Sch Fac C:688124-JU-1 | A | Interest | J | T | | | | | |
| 93. | Park Creek Met Dist CO C:700387-CL-5 | A | Interest | | | Redeemed | 12/01/20 | J | | |
| 94. | Pennsylvania St TPK Commn C:709224-TP-4 | A | Interest | J | T | Buy | 03/13/20 | J | | |
| 95. | Porterville CA Pub C: 73637R-AJ-7 | A | Interest | J | T | Buy | 03/13/20 | J | | |
| 96. | Metropolitan Transn Auth NY C:59261A-TW-7 | A | Interest | J | T | Buy | 03/19/20 | J | | |
| 97. | Miami Dade Cnty FL C:59333P-4A-3 | A | Interest | J | T | Buy | 03/20/20 | J | | |
| 98. | North TX Twy Auth Rev C:66285W-GT-7 | A | Interest | J | T | Buy | 03/20/20 | J | | |
| 99. | Seattle WA Mun Lt & Pwr C:812643-QM-9 | A | Interest | J | T | Buy | 03/20/20 | J | | |
| 100. | Dallas Fort Worth TX Intl Arpt C:235036-QT-0 | A | Interest | J | T | Buy | 03/23/20 | J | | |
| 101. | Fraser MI Pub Sch Dist C:355514-LA-6 | A | Interest | J | T | Buy | 03/23/20 | J | | |
| 102. | Houston TX Pup Impt Rfdg C:442331-X9-0 | A | Interest | J | T | Buy | 03/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. King Cnty WA Swr Rev C:495289-7Y-0 | A | Interest | J | T | Buy | 03/23/20 | J | | |
| 104. King Cnty WA Swr Rev C:495289-7M-6 | A | Interest | J | T | Buy | 03/23/20 | J | | |
| 105. Pennsylvania St TPK Commn C:709224-Z3-6 | A | Interest | J | T | Buy | 03/23/20 | J | | |
| 106. Johnson Cnty KS Uni Sch C:478740-UC-5 | A | Interest | J | T | Buy | 03/24/20 | J | | |
| 107. Lake Travis TX Indpt Sch C:511074-SR-8 | A | Interest | J | T | Buy | 03/24/20 | J | | |
| 108. Pennsylvania St Tpk Commn C:709224-TS-8 | A | Interest | J | T | Buy | 03/24/20 | J | | |
| 109. Seattle WA Mun Lt & Pwr C:812643-QL-1 | A | Interest | J | T | Buy | 03/24/20 | J | | |
| 110. Massachusetts St Sch Bldg C:576000-MC-4 | A | Interest | J | T | Buy | 03/26/20 | J | | |
| 111. Stafford TX Mun Sch Dist C:852519-HB-6 | A | Interest | J | T | Buy | 03/26/20 | J | | |
| 112. Wausau WI Sch Dist Rfdg C:943363-PE-5 | A | Interest | J | T | Buy | 03/26/20 | J | | |
| 113. American Mun Pwr OH Inc C:02765U-NS-9 | A | Interest | J | T | Buy | 03/27/20 | J | | |
| 114. Annapolis MD Prerefunded 2017 C:035771-R9-7 | A | Interest | J | T | Buy | 03/27/20 | J | | |
| 115. Annapolis MD Prerefunded 2017 C:035771-H3-1 | A | Interest | J | T | Buy | 03/27/20 | J | | |
| 116. New York City NY Mun Wtr C:64972G-TR-5 | A | Interest | J | T | Buy | 03/31/20 | J | | |
| 117. Miami Bch FL Stormwater C:59324P-BR-9 | A | Interest | J | T | Buy | 04/01/20 | J | | |
| 118. Missouri JT Mun Elec C:606094-BH-2 | A | Interest | J | T | Buy | 04/01/20 | J | | |
| 119. Norfolk VA Wtr Rev C:656009-HK-6 | A | Interest | J | T | Buy | 04/01/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Pennsylvania St TPK Commn C:709223-D5-7 | A | Interest | J | T | Buy | 04/01/20 | J | | |
| 121. San Diego CA Cmnty Cllg C:797272-KL-4 | A | Interest | J | T | Buy | 04/01/20 | J | | |
| 122. Westchester Cnty NY C:95736U-Z6-4 | A | Interest | J | T | Buy | 04/01/20 | J | | |
| 123. Alabama St Mun Elec Auth C:010595-EL-6 | A | Interest | J | T | Buy | 04/02/20 | J | | |
| 124. Wilson PA Sch Dist C:972369-QY-1 | A | Interest | J | T | Buy | 04/02/20 | J | | |
| 125. Ohio St Bldg Auth Rfdg C:67755C-J3-4 | A | Interest | J | T | Buy | 04/03/20 | J | | |
| 126. Conroe TX Indpt Schl Dist C:208418-F7-3 | A | Interest | J | T | Buy | 04/07/20 | J | | |
| 127. Metropolitan Trans Auth C:59261A-TV-9 | A | Interest | J | T | Buy | 04/14/20 | J | | |
| 128. New York St Dorm Auth St C:64990E-M2-0 | A | Interest | J | T | Buy | 04/20/20 | J | | |
| 129. Arizona Wtr Infra Fin C:040688-NS-8 | A | Interest | J | T | Buy | 04/21/20 | J | | |
| 130. Dillon MT Wtr & Swr Sys C:254198-BA-1 | A | Interest | J | T | Buy | 04/21/20 | J | | |
| 131. Dillon MT Wtr & Swr Sys C:254198-AZ-7 | A | Interest | J | T | Buy | 04/21/20 | J | | |
| 132. New Haven CT Ser B G/O C:645020-F6-0 | A | Interest | J | T | Buy | 04/23/20 | J | | |
| 133. Lorain Cnty OH Cmnty C:543573-BQ-1 | A | Interest | J | T | Buy | 04/24/20 | J | | |
| 134. Beaumont CA Uni Sch Dist C:074437-DG-6 | A | Interest | J | T | Buy | 04/27/20 | J | | |
| 135. New York St Twy Auth Gen C: 650009-S7-9 | A | Interest | J | T | Buy | 04/27/20 | J | | |
| 136. Colorado Springs CO Utils Rev C:196632-D2-6 | A | Interest | J | T | Buy | 04/29/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Frederick Cnty MD C:355694-5T-3 | A | Interest | J | T | Buy | 04/29/20 | J | | |
| 138. Indiana St Fin Auth Rev C:455057-M6-3 | A | Interest | J | T | Buy | 05/06/20 | J | | |
| 139. Ayersville OH Loc Sch Dist C:054717-CQ-4 | A | Interest | J | T | Buy | 07/10/20 | J | | |
| 140. Los Angeles CA Ser A G/O C:544351-HM-4 | A | Interest | J | T | Buy | 07/28/20 | J | | |
| 141. Louisiana St Gas & Fuels C:546475-SV-7 | A | Interest | J | T | Buy | 07/30/20 | J | | |
| 142. Deer Lakes Sch Dist PA C:243859-KH-7 | A | Interest | J | T | Buy | 07/31/20 | J | | |
| 143. Jackson MI Rfdg Downtown C:468268-KP-1 | A | Interest | K | T | Buy | 07/31/20 | K | | |
| 144. New Jersey St Tpk Auth C:646140-CU-5 | A | Interest | J | T | Buy | 07/31/20 | J | | |
| 145. New Jersey St Tpk Auth C:646139-3D-5 | A | Interest | J | T | Buy | 07/31/20 | J | | |
| 146. Pennsylvania St Tpk Commn C:709224-F9-5 | A | Interest | J | T | Buy | 07/31/20 | J | | |
| 147. Waterbury CT Ser A G/O C:941247-US-5 | A | Interest | J | T | Buy | 07/31/20 | J | | |
| 148. Oregon St Rfdg-Oregon Univ C:68608U-DZ-6 | A | Interest | K | T | Buy | 08/03/20 | K | | |
| 149. Rvrsde Cnty CA Redev Agy C:769123-LQ-1 | A | Interest | J | T | Buy | 08/04/20 | J | | |
| 150. Skagit Cnty WA Pub Hsp C:830235GC5 | A | Interest | J | T | Buy | 08/12/20 | J | | |
| 151. Anchor Bay MI Sch Dist C:032879-RW-0 | A | Interest | J | T | Buy | 08/14/20 | J | | |
| 152. New York St Twy Auth Gen C:650009-YC-1 | A | Interest | J | T | Buy | 08/14/20 | J | | |
| 153. Metropolitan Transn Auth NY C:59261A-TP-2 | A | Interest | J | T | Buy | 08/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Minnesota St Prerefunded C:604129-6L-5 | A | Interest | J | T | Buy | 08/20/20 | J | | |
| 155.  Marshall Univ WV Univ C:572716-JU-3 | A | Interest | J | T | Buy | 08/21/20 | J | | |
| 156.  Salt Lake Cnty UT Sales Tax C:795685-GH-3 | A | Interest | K | T | Buy | 08/21/20 | K | | |
| 157.  California EFA Rev PreRef Bds C:130179-LZ-5 | A | Interest | J | T | Buy | 08/26/20 | J | | |
| 158.  Fulton Cnty GA Dev C:359900-N3-7 | A | Interest | J | T | Buy | 08/28/20 | J | | |
| 159.  San Fancisco CA City & Cnty C: 79765R-UH-0 | A | Interest | J | T | Buy | 09/10/20 | J | | |
| 160.  Local OR Cap Assets Prog C:53957K-DX-2 | A | Interest | J | T | Buy | 09/11/20 | J | | |
| 161.  New Jersey St Tpk Auth Rv C:646139-3H-6 | A | Interest | J | T | Buy | 09/11/20 | J | | |
| 162.  Oxford AL Sch Wts Ser C:691395-YU-5 | A | Interest | J | T | Buy | 09/11/20 | J | | |
| 163.  Pell City AL Rfdg Wts & Cap C:705880-LP-5 | A | Interest | J | T | Buy | 09/11/20 | J | | |
| 164.  Virginia Cllg Bldg Auth VA C:927781-D8-4 | A | Interest | J | T | Buy | 09/14/20 | J | | |
| 165.  Northmont OH City Sch Dist C:666586-JA-1 | A | Interest | J | T | Buy | 09/15/20 | J | | |
| 166.  Western Sch Dist MI Sch Bldg C:959452-KG-7 | A | Interest | J | T | Buy | 09/17/20 | J | | |
| 167.  Defiance OH City Sch C:244721-EQ-5 | A | Interest | J | T | Buy | 09/21/20 | J | | |
| 168.  Indiana St Univ Revs C:455114-GK-8 | A | Interest | J | T | Buy | 09/21/20 | J | | |
| 169.  Kent St. Univ OH Univ C:490728-XZ-0 | A | Interest | J | T | Buy | 09/21/20 | J | | |
| 170.  Pennsylvania St High EFA C:70917S-BW-2 | A | Interest | J | T | Buy | 09/21/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/10/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  Fowlerville MI Cmnty C:351280-MC-3 | A | Interest | J | T | Buy | 09/22/20 | J | | |
| 172.  Long Is Pwr Auth NY Elec C:542691-DR-8 | | None | J | T | Buy | 09/22/20 | J | | |
| 173.  West Ottawa MI Pub S/D C:955023-TA-4 | A | Interest | J | T | Buy | 09/22/20 | J | | |
| 174.  Johnson Cnty KS Uni Sch Dist C:478740-UC-5 | A | Interest | | | Redeemed | 10/01/20 | J | | |
| 175.  Miami Dade Cnty FL Aviation C:59333P-4A | A | Interest | | | Redeemed | 10/01/20 | J | | |
| 176.  Ohio St Bldg Auth Rfdg C:67755C-J3-4 | A | Interest | | | Redeemed | 10/01/20 | J | | |
| 177.  Dallas Forth Worth TX C:235036-QT-0 | A | Interest | | | Redeemed | 11/02/20 | J | | |
| 178.  Norfolk VA Wtr Rev C:656009-HK-6 | A | Interest | | | Redeemed | 11/02/20 | J | | |
| 179.  Colorado Springs CO C:196632-D2-6 | A | Interest | | | Redeemed | 11/16/20 | J | | |
| 180.  Pennsylvania St Tpk C:709224-Z3-6 | A | Interest | | | Redeemed | 12/01/20 | J | | |
| 181.  New York City NY Mun Wtr C:64972G-TR-5 | A | Interest | | | Redeemed | 12/15/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gottschall, Joan B.** | 5/10/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1 -- VII, Line 1 --
Per Wintrust brokerage firm, this Fund was placed into the wrong Class Fund on the 2019 Financial Disclosure Report.   Vanguard Wellington Fund Investor Class "VWELX" should have been listed as a part of  Line 5 -- Vanguard Wellington Fund Admiral Class "VWENX."

2 -- VII, Lines 3 & 4 --
Per Wintrust brokerage firm, these Funds were placed as a separate line item on the 2019 Financial Disclosure Report.  Lines 3 & 4, Vanguard Wellington Fund Investor "VWELX" should have been and now are reported as a part of Line 2 --Vanguard Wellington Fund Investor "VWELX."

3 -- VII, Line 26 --
This is a "sweep" account in both brokerage and IRA accounts in which money is held pending investment; money is constantly being put into and taken out of the account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan B. Gottschall**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544